[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 09-15668

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 14, 2010
JOHN LEY
CLERK

D. C. Docket No. 07-01785 CV-ORL-31-KRS

MAHALA AULT, STACIE RHEA,
DAN WALLACE, on their own behalf and
on behalf of all other similarly situated,

                                                        Plaintiffs-Appellants

JERRY MILLER, DISABILITY RIGHTS ADVOCATES
FOR TECHNOLOGY, JERRY KERRY, et al

                                                        Intervenor-Plaintiffs-Appellees,

                              versus

WALT DISNEY WORLD CO.,

                                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 14, 2010)

Before WILSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

After oral argument and careful consideration, we conclude for the reasons fully discussed at oral argument that the district court erred in concluding that the named plaintiffs lacked prudential standing. The interests sought to be protected by the named plaintiffs are arguably within the zone of interest protected by 42 U.S.C. § 12182.

Accordingly, we vacate the judgment of the district court and remand for further proceedings, including *inter alia* a determination as to whether the claims of the named plaintiffs are typical of the claims of the class and whether they are adequate representatives of the class.

VACATED and REMANDED.